IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STARR INTERNATIONAL COMPANY, INC., on its behalf and on behalf of two classes of others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | No. 11-00779C (TCW) |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Starr International Company, Inc., on its behalf and on behalf of two classes of others similarly situated, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Opinion and Order dismissing Plaintiffs' unconstitutional conditions claim, entered in this action on July 2, 2012 [Dkt. No. 50]; the Opinion and Order dismissing Plaintiffs' derivative claims, entered in this action on June 26, 2013 [Dkt. No. 126]; the Opinion and Order directing the Clerk to issue final judgment, entered in this action on June 15, 2015 [Dkt. No. 443]; and the entry of final judgment dated June 17, 2015 [Dkt. No. 444].

Dated:  July 27, 2015
       Armonk, New York

                                        Respectfully submitted,

                                        BOIES, SCHILLER & FLEXNER LLP

                                        /s/ David Boies
                                        David Boies
                                        Attorney of Record

333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Fax: (914) 794-8300
Email: dboies@bsfllp.com

*Counsel for Plaintiff Starr International Company, Inc. and for the Plaintiff Classes*

Of Counsel:

| BOIES, SCHILLER & FLEXNER LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
|---|---|
| Robert J. Dwyer | John L. Gardiner |
| Alanna C. Rutherford | Four Times Square |
| Julia C. Hamilton | New York, NY 10036 |
| Laura Harris | Telephone: (212) 735-3000 |
| Ilana Miller | |
| John Nicolaou | R. Ryan Stoll |
| David L. Simons | Gregory Bailey |
| Craig Wenner | 155 N. Wacker Drive |
| 575 Lexington Avenue | Chicago, IL 60606 |
| New York, NY 10022 | Telephone: (312) 407-0700 |
| Telephone: (212) 446-2300 | |

Amy J. Mauser
Abby Dennis
William Bloom
James A. Kraehenbuehl
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone: (202) 237-2727