NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STARR INTERNATIONAL COMPANY, INC.,** in its own right and on behalf of two classes of others similarly situated,
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

**AMERICAN INTERNATIONAL GROUP, INC.,**
*Defendant-Appellee*

---

2015-5103

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00779-TCW, Judge Thomas C. Wheeler.

---

**ON MOTION**

---

**O R D E R**

American International Group, Inc. ("AIG") moves unopposed for leave to intervene.

The court notes that AIG was a third party defendant in the Court of Federal Claims. Thus, it is unnecessary for AIG to intervene to participate before this court, and the revised official caption is revised to allow them to participate as a defendant-appellee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that AIG shall be designated as a defendant-appellee. The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court

s31